UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   Case No.  8:18-cr-594-T-24JSS

    Plaintiff, ☐
    Government ☒

☐ Evidentiary
☒ Trial
☐ Other

v.

EMIRO HINESTROZA-NEWBBOOLL

    Defendant ☐

# EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 1/27/20 | 1/27/20 | T. Humphrey | Photo of USCG HC-130J |
| 2A | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video – 12/1/18 |
| 2B | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video – 12/1/18 |
| 2C | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video – 12/1/18 |
| 2D | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video – 12/1/18 |
| 2E | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video – 12/1/18 |
| 2F | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video – 12/1/18 |
| 2G | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video – 12/1/18 |
| 2H | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video – 12/1/18 |
| 2I | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video – 12/1/18 |
| 2J | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video – 12/1/18 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 2K | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video – 12/1/18 |
| 2L | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video – 12/1/18 |
| 2M | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video – 12/1/18 |
| 2N | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video – 12/1/18 |
| 2O | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video – 12/1/18 |
| 2P | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video (clip) – 12/1/18 |
| 2Q | 1/27/20 | 1/27/20 | B. Dickinson | MPA Video (clip) – 12/1/18 |
| 3A | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of Crew – 12/1/18 |
| 3B | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 3C | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 3D | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 3E | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 3F | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 3G | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 3H | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 3I | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – |

Case Number:     8:18-cr-594-T-24JSS                                            Page 3

## EXHIBIT LIST - Continuation Sheet

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
|  |  |  |  | 12/1/18 |
| 3J | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 3K | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 3L | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 3M | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4A | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4B | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4C | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4D | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4E | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4F | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4G | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4H | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4I | 1/28/20 | 1/28/20 | E. Lauginiger | USCG photo of GFV – 12/1/18 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 5A | 1/28/20 | 1/28/20 | P. Fahey | Photo of personal items (Reid Dilbert) |
| 5B | 1/28/20 | 1/28/20 | P. Fahey | Photo of personal items (Newball May) |
| 5C | 1/28/20 | 1/28/20 | P. Fahey | Photo of personal items (Randolph Meighan) |
| 5D | 1/28/20 | 1/28/20 | P. Fahey | Photo of personal items (Hinnestroza Newbbooll) |
| 6 | 1/28/20 | 1/28/20 | T. Perio | GFV Sketch |
| 7A | 1/28/20 | 1/28/20 | D. Brooks | IONSCAN Results |
|  |  |  |  |  |
| 7C | 1/28/20 | 1/28/20 | D. Brooks | IONSCAN Log |
| 8 | 1/29/20 | 1/29/20 | S. Ray | Caribbean Chart |